UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAN R. CUSSEAUX, JR.,

    Plaintiff,

v.                          CASE No. 8:14-CV-459-T-17TGW

FLOR B. FERNANDEZ,

    Defendant.

_____

### REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the pro se plaintiff's Motion for Leave to Proceed In Forma Pauperis and Affidavit of Indigency (Doc. 2) pursuant to 28 U.S.C. 1915 seeking a waiver of the filing fee for his complaint against the defendant.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the affiant submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that he is entitled to redress. Even if the affiant proves indigency, the case shall be dismissed if

the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

Here, the plaintiff has filed a vague and deficient financial affidavit (Doc. 2). The affidavit indicates that the plaintiff has monthly financial obligations, and he contributes $50 a month to his daughter's support (id., pp. 2, 4). However, the plaintiff states absolutely no source of income to meet those obligations (id., pp. 2-3).

Additionally, the plaintiff's complaint is procedurally inadequate (Doc. 1). Thus, there is neither "a short and plain statement of the grounds for the court's jurisdiction" nor "a short and plain statement of the claim showing that the [plaintiff] is entitled to relief." Rule 8(a)(1), (2), F.R.Civ.P.

In sum, the plaintiff has failed to show that he is indigent and that he is entitled to relief. Accordingly, the complaint should be dismissed. 28 U.S.C. 1915(e)(2)(B)(ii). However, although I do not perceive a viable federal court claim, it is appropriate to permit the plaintiff to file an amended complaint and an amended motion to proceed in forma pauperis. See Troville v. Venz, 303 F.3d 1256, 1260 n.5 (11th Cir. 2002)(§1915(e)(2)(B)(ii)

dismissal does not allow the district court to dismiss an in forma pauperis complaint without allowing leave to amend as permitted under F.R.Civ.P. 15). I therefore recommend that the complaint be dismissed, but allow the plaintiff to file within thirty days an amended complaint that complies with the Federal Rules of Civil Procedure and an adequate financial affidavit.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: MARCH 3, 2014

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).