UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAN R. CUSSEAUX, JR.,

  Plaintiff,

v.                                    CASE No. 8:14-CV-459-T-17TGW

FLOR B. FERNANDEZ,

  Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the pro se plaintiff's Amended Motion for Leave to Proceed In Forma Pauperis and Affidavit of Indigency (Doc. 11) pursuant to 28 U.S.C. 1915 seeking a waiver of the filing fee for his complaint against the defendant.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the affiant submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that he is entitled to redress. Even if the affiant proves indigency, the case shall be dismissed if the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

The plaintiff's amended complaint is procedurally inadequate (Doc. 10). Thus, there is neither "a short and plain statement of the grounds for the court's jurisdiction" nor "a short and plain statement of the claim showing that the [plaintiff] is entitled to relief." Rule 8(a)(1), (2), Fed.R.Civ.P. I cannot discern any basis for federal court jurisdiction, nor any plausible claim for relief.

The plaintiff states that he "need[s] a Court Order to request [his] ex-wife[']s immigration records in support of the (F.O.I.A.)" (Doc. 10, p. 2). However, the plaintiff is mistaken. A court Order is not required to submit in the first instance a request pursuant to the Freedom of Information Act, although a court order may be necessary if the request is denied.

For these reasons, the plaintiff's amended complaint is subject to dismissal. §1915(e)(2)(B)(ii). Furthermore, I cannot perceive of any additional amendment which would permit this suit. Because the plaintiff has

already had an opportunity to file an amended complaint, I recommend that this case be dismissed without any further leave to amend.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: APRIL 29, 2014

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. 636(b)(1).